UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO: 14-CV-10028-JEM

**TREAVOR EIMERS**, as Personal
Representative of the Estate of **CHARLES
EIMERS**, Deceased,

      Plaintiff,

vs.

**CITY OF KEY WEST,** a Florida Municipality;
**HENRY DEL VALLE**, an Officer with the
City of Key West Police Department, *et al.*,

      Defendants.
_____/

# EXHIBIT 1

TASER CAM RECORDED FOOTAGE FROM OFFICER LOVETTE'S TASER DEVICE

**This Exhibit is the subject of a contemporaneously filed Motion to Allow Filing of Non-PDF Documents in Support of Plaintiff's Motion for Sanctions.**