Law Enforcement | Consumer | English (US/Canada) [change]

PRODUCTS | HOW TO BUY | RESEARCH & SAFETY | TRAINING | SUPPORT | VIDEOS | EVENTS | search...

**LAW ENFORCEMENT**

**ON OFFICER VIDEO**
- AXON FLEX
- AXON BODY
- TASER CAM HD
- TASER CAM
- ACCESSORIES

DIGITAL EVIDENCE MANAGEMENT
MILITARY SOLUTIONS

Introducing
**TASER's
AXON Cameras**

AXON flex
**$599**

AXON body
**$399**

EVIDENCE.com
**$15**/mo

For more information about TASER Products, please contact us or call

**1-800-978-2737**

# TASER CAM™

Buy Now

TASER CAM Law Enforcement Audio/Video Recorder



TASER CAM interfaces with your X26, and captures video of the incident

## A picture is worth a thousand words, a Video is even better.

The TASER CAM™ law enforcement video recorder offers increased accountability - not just for police officers, but for the people they arrest. Without video, it can be the officer's word against the suspect's word. Now with the TASER CAM recorder, every potential TASER X26 deployment can be documented with full audio and camera video.

With our already proven AFID tracking system and dataport firing log download, TASER ECDs have pioneered the use of technology in accountability. Accountability works: agencies with TASER Officer Safety Programs reported decreases of up to 50% in citizen complaints.

The TASER CAM police and law enforcement video system is an audio-video recording camera integrated into a rechargeable TASER X26 power supply that replaces the standard Digital Power Magazine (DPM) battery pack. The TASER CAM audio video recorder is activated any time the safety is in the off position "ARMED". This allows officers to capture vital audio and video information prior to, during, and after the potential deployment of an X26 ECD.

Audio and video data is downloaded via a USB cable. The TASER CAM camera and recorder is an optional upgrade compatible with all X26 ECDs and provides another layer of accountability to support law enforcement officers' reports.

## Features

Records MPEG-4 Video



Records approximately 4.5 hours of audio and MPEG-4 video (black & white) at 15 frames per second in VGA format (640 x 480).



### Improved Design

The TASER CAM features improved design and increased robustness.



### Rechargeable Power Supply

Rechargeable power supply compatible with all X26 ECDs.



### Visual Warning

Central Information Display (CID) provides a warning if the camera lens is blocked.



### USB Download/Recharge

Unit comes complete with USB download cable and wall charger.



### Storage Bay

Storage bay for spare TASER cartridge.



### Evidence Sync

Free Evidence Sync software allows for easy download and review of videos.

### Sign up for our email updates

**What you can expect to receive**

- Product release information
- The latest in on-officer video news
- Case studies on video effectiveness
- Training Resources
- Exclusive TASER stories from the field

* Email Address:

* [Submit]

## Specs

### Physical Characteristics

| | |
|---|---|
| **Dimensions of TASER CAM only (L x W x H)** | 3.5" [8.9 cm] x 1.6 [4.1 cm] x 3.6" [9.1 cm] |
| **Weight** | 3.0 oz [85.1 g] |
| **Dimensions w/ cartridge (L x W x H)** | 7.3" [18.5 cm] x 1.3 [3.3 cm] x 3.2" [8.1 cm] |

### Detailed Specifications

| | |
|---|---|
| **Housing** | High impact polymer |
| **Operating temperature range** | -4 °F [-20 °C] to 122 °F [50 °C] |
| **Operating relative humidity** | up to 80% (non-condensing) |
| **Flash Memory** | Approximately 4.5 hours of recording time at 15 FPS |
| **Resolution** | 640X480 VGA black and white at 15 FPS |
| **Compression** | MPEG-4 Video/Audio |
| **Audio** | Audio On/Off Configurable via EVIDENCE.com |

### Available Options*

| SKU Numbers | Description |
|---|---|

| 26830 | TASER CAM Audio/Video Recorder |
|---|---|

## Product Warranty

TASER Product Warranty - LE
TASER Product Warranty - LE Non US

*Options shown are only a subset of available packages and options. Please call or contact TASER International for full options, accessories, and pricing.*



**ACCESSORIES**
Law Enforcement

Learn More



**TASER X26 ECD**
Law Enforcement

Learn More

| TASER | Press/Media | Corporate Info | Legal Information | TASER on the web | |
|---|---|---|---|---|---|
| About TASER | Press Contacts | Affiliates | Trademark Notice | | © 2014 TASER International, Inc. All Rights Reserved. |
| Blog | Press Releases | Careers | Privacy Policy | EVIDENCE.com | |
| Shop TASER | TASER in the News | Corporate History | Product Warnings | TASER Foundation | We utilize cookies on our websites to give you a more personalized experience from TASER. By continuing to browse this site you are agreeing to our use of cookies. Please view our Privacy Policy and website Terms of Use to learn more. |
| Site Map | Press Kit & Info | Executive Team | Legal Reference | Partner Portal | |
| Training | TASER Branding | Investor Relations | International Conformity | | |
| Videos | | | TASER Patents | | |
| Contact Us | | | Terms of Use | | |