1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO.:   14-10028-CIV-MARTINEZ-GOODMAN

TREAVOR EIMERS, as Personal Representative of
the Estate of Charles Eimers, Deceased,

    Plaintiff,

vs.

CITY OF KEY WEST, a Florida municipality, et al.,

    Defendants.
_____/

VIDEO DEPOSITION OF SERGEANT JOSEPH TRIPP
As The Defendant City of Key West

Friday, November 21, 2014
10:06 a.m. - 12:38 p.m.
Law Office of Horan Wallace & Higgins, LLP
608 Whitehead Street
Key West, Florida  33040

Examination of the witness taken before:

Suzanne Ex, CVR-M, FPR
Certified Verbatim Reporter
Florida Professional Reporter

```
 1  BY MR. MCKEE:
 2      Q.   That's what happened that day, right?
 3           MS. AMIGO:  Join.
 4      A.   No.
 5      Q.   Okay.  So describe to me where the Taser audio and
 6  video went for these officers.
 7      A.   I personally don't believe that the one for Lovette
 8  at the scene ever existed, based upon the electronic evidence
 9  from the Taser.  The other ones, if they did not use their
10  Taser, there is no video that exists from those, so I don't
11  believe that those existed.
12      Q.   Is your belief based on some sort of science or
13  something, or is that just you saying as an officer with a
14  group that you care about?
15      A.   With -- with Officer Lovette, it is based upon
16  science, per se.  It's the electronic record that we have --
17  it's been represented to us that you can't alter it.
18      Q.   Who presented that evidence to you?
19      A.   Taser International.
20      Q.   Why would Lovette have said it was due to his
21  ongoing taping while it was in his holster that had caused
22  the first part of the tape to be eliminated?
23      A.   I don't know.  It's my understanding that it will
24  record for four and-a-half hours continuously.
25      Q.   Not an hour and-a-half?
```

1   A.   That's not my understanding.  Again, I'm not an
2   expert in the Taser, but from what I understand, when the
3   camera is attached to it, it goes for four and-a-half hours.
4   When the camera is not attached, it goes for 20 minutes.
5   Q.   The reality, sir, is once Officer Lovette
6   recognized that his Taser was still on, he kept using it
7   until it eliminated the scene events, right?
8        MS. AMIGO:  Objection, form.
9        MR. BURKE:  Object to form.
10  A.   I, I can't answer that.
11  Q.   Why did it tape part of the day -- matter of fact,
12  why did it tape from the moment he left the scene for the
13  rest of the time, and not the part where he activated it?
14       MR. BURKE:  Object to form.
15       MS. AMIGO:  Join.
16  A.   I don't know that the premise of that question is
17  true.
18  Q.   Have you looked at his Taser?
19  A.   Yes.
20  Q.   And when did it start?
21  A.   It started when he activated it.
22  Q.   He said he activated it when he was there with Mr.
23  Eimers, right?
24  A.   The electronic record doesn't reflect that he
25  activated it, so that's where I have to go from.