```
                 LOWER KEYS MEDICAL CENTER
                       CONSULTATION
Report Status: Transcribed
Patient Nbr: 5219108  EIMERS, CHARLES          Admit: 11/28/2013  11:19
DOB:    02/25/1952
Req By: RODRIGUEZPEREZ, SARAHI       Discharge: 00/00/0000  00:00
Med. Rec. 0010128195         Pat. Type: I1         Location: 0017-A
Type: MED  Dict.: 11/28/2013  11:10 65686494   Transcr: 11/28/2013  12:11
Dictating Physician: 6536  HOMAN, JOAN
```

---

DATE OF CONSULTATION: 11/28/2013

ATTENDING PHYSICIAN: Zivko Z Gajic, MD

CONSULTING PHYSICIAN: Joan Homan, MD

REFERRING PHYSICIAN: Emergency Department.

INDICATION: Cardiac arrest.

HISTORY OF PRESENT ILLNESS: This is a 73-year-old gentleman who was brought in after collapsing after _____ an arrest due to running from the police. In speaking with the police directly, apparently he had been pulled over for a traffic violation. When the officer walked away from his car with his license, he drove off, drove to the end of Duval Street, left his car _____ and attempted to flee the scene. The police then apprehended him. He struggled somewhat, but not significantly. He was handcuffed and then found to be apneic. EMS was called and the patient was treated in the field, subsequently intubated. Apparently he was given epinephrine. Further details of drug administration are unknown.

Upon presenting to the emergency department, his name with unknown; however, a prescription bottle was found in his pocket and via that information, it was found that he is from Michigan. He apparently has been seeing a cardiologist and had a catheterization in the recent past because of severe left ventricular systolic dysfunction. The cardiac catheterization did not show any evidence of obstruction. He was diagnosed with nonischemic cardiomyopathy. He was then on his way to live in Georgia and ended up in Key West. Remaining HPI is unavailable.

REVIEW OF SYSTEMS: Unavailable due to the patient being intubated.

PAST MEDICAL HISTORY: As far as we know includes:
1. Nonischemic cardiomyopathy.
2. Severe left ventricular systolic dysfunction.
3. Chronic kidney disease.
4. Apparently the patient did not want any aggressive treatment such as an AICD.

MEDICATIONS: Per a pharmacy in Indiana includes:
1. Spironolactone, unknown dose.
2. Nitroglycerin p.r.n.
3. Lopressor 12.5 twice daily.
4. Lasix 40 b.i.d.
5. Magnesium 400 mg once daily.

ALLERGIES: NO KNOWN DRUG ALLERGIES.

PHYSICAL EXAMINATION:

VITAL SIGNS: Blood pressure is 97/60, heart rate is 100. The patient is intubated and unresponsive. CARDIOVASCULAR: His heart sounds are extraordinarily distant. I do not appreciate any murmurs. RESPIRATORY: He is clear anteriorly.
GASTROINTESTINAL: Soft, nontender, nondistended. Bowel sounds are present.
EXTREMITIES: Lower extremities do not show any edema. Peripheral pulses are faint. Lower extremities are cool. Upper extremities are warm.

LABORATORY DATA: EKG shows atrial fibrillation with rapid ventricular response, right bundle branch block and left anterior fascicular block. Chest x-ray shows a right-sided pneumonia. Urine shows a UTI. Drug tox is negative. Of note, sodium is 136, potassium 2.7, chloride 97, $CO_2$ is 19, BUN 14, creatinine 1.2, glucose 279, magnesium 2.5. White blood cell count 11.1, hemoglobin 15.1, platelets 126.

IMPRESSION:
1. Cardiac arrest likely due to ventricular tachycardia with underlying severe nonischemic cardiomyopathy. At this point, we will support him hemodynamically. At this point, he is not requiring any pressor support.
2. Atrial fibrillation with rapid ventricular response. His heart rate is improved. We will use Lopressor to control his rate as hemodynamically able. If necessary, we will also use digoxin as this can be used with a low blood pressure.
3. Respiratory failure. He is currently intubated.
4. Hypokalemia. I am currently replacing p.o. and by peripheral IV. I have consulted surgery to put in a central line.
5. Pneumonia and urinary tract infection. He is having blood cultures, urine cultures drawn and being placed on antibiotics empirically.
Thank you very much for this consult.

_____
Joan Homan, MD


Job Number: 65686494
MLS: 41320
DD:   Thu Nov 28 11:10:05 2013
DT:   Thu Nov 28 12:11:38 2013

CC:
Authenticated by Joan Homan, MD on 02/14/2014 09:41:41 AM