**To:** David P. Horan
**Cc:** najagirard@yahoo.com
**Subject:** Re: Fwd: Daily Reports

Here is my first communication from the City about the Charles Eimers incident.

Naja Girard

On Tuesday, December 17, 2013 10:20 PM, Key West The Newspaper [The Blue Paper] <circulation@thebluepaper.com> wrote:

---------- Forwarded message ----------
From: **Alyson Crean** <acrean@keywestcity.com>
Date: Fri, Nov 29, 2013 at 8:24 PM
Subject: Re: Daily Reports
To: "Key West The Newspaper [The Blue Paper]" <circulation@thebluepaper.com>

Yes. An older man was stopped for driving erratically. While the officer was out with him, he drove off. Police followed ... Not in pursuit. The msn pulled up at south beach and officers approached him. He was again erratic and resisted officers approach, then apparently collapsed unconscious and was transported to the hospital. I will attempt to get a report in the morning to verify this sequence of events for you. I was out of town for the holiday and have just returned. There was no shooting. There was no taser.

Sent from my iPhone

On Nov 29, 2013, at 8:10 PM, "Key West The Newspaper [The Blue Paper]" <circulation@thebluepaper.com> wrote:

> Oh good. This person said that reports were that an ambulance came and went. Then the coroner came and picked up the body. They said they went over there later and "saw the blood on the ground".
>
> Did anything happen near the Southernmost Point Guesthouse at all? Bizarre...
>
> Thanks!
>
> Naja
>
>> On Fri, Nov 29, 2013 at 8:03 PM, Alyson Crean <acrean@keywestcity.com> wrote:
>> No one was shot or killed
>>
>> Sent from my iPhone

2